IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DECHANG YANG, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-cv-02877-B (BT) |
| | § | |
| THOMAS BERGAMI, et al. | § | |
| | § | |
| Respondents. | § | |

**ORDER AND ORDER TO SHOW CAUSE**

On October 27, 2025, the Court indicated that it was inclined to consolidate the issues in Petitioner's Petition for Writ of Habeas Corpus (ECF No. 4) and Motion for Temporary Restraining Order and Preliminary Injunction (TRO) (ECF Nos. 1, 3) to promote the aims of judicial efficiency. *See* Order (ECF No. 5). As such, the Court ordered the parties to submit a joint report that included: (1) an indication as to whether the parties object to consolidation of the issues in this action; (2) an update regarding the status of Petitioner's detention; and (3) any other matters relevant to the status or disposition of the case. *Id.*

The parties submitted their report on November 1, 2025. *See* JSR (ECF No. 8). In this report, they assert that they are not opposed to the Court's consolidation of the issues in this action and propose an agreed briefing schedule. *Id.* at 1.

Accordingly, the Court **ORDERS** as follows:

    1.    The Court will consider the issues in Petitioner's amended habeas application and TRO together;

      2.      Respondents must file a consolidated answer to the amended petition and TRO or file other pleadings by **November 10, 2025**. Respondents must serve a true copy of the answer or other pleading on Petitioner by mailing such documents to him at the address set out in his application or to his attorney of record, if any. Respondents must file a certificate with the Clerk evidencing such service.

      3.      Petitioner may file a reply by **November 17, 2025**. Petitioner must limit his reply to the arguments raised in the answer or other pleading and must not include any new allegations of fact or new grounds for relief. Petitioner must mail a copy of any reply to counsel for Respondents.

      4.      The Clerk will mail a true copy of this order to Petitioner or to his attorney of record. The Clerk will electronically serve copies of all pleadings and orders in this case on the United States Attorney for the Northern District of Texas.[1]

      5.      At all times during the pendency of this action, Petitioner must immediately notify the Court of any change of address and its effective date. Such notice must be captioned "NOTICE TO THE COURT OF CHANGE OF ADDRESS," and it should contain **only** information pertaining to the change of address and its effective date. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of the petition for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      SIGNED November 5, 2025.

                                                        REBECCA RUTHERFORD  
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk will direct service to the attention of the Civil Chief, United States Attorney's Office.